IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAN GILBERT; and EUNELLE GILBERT )
)
v. ) No. 3-11-0559
)
BAC HOME LOANS SERVICING, LP; )
and BANK OF AMERICA, N.A. )

O R D E R

The parties' joint motion to amend initial case management order (Docket Entry No. 17) is GRANTED.

The June 1, 2012, deadline for completion of fact discovery is extended to July 2, 2012.[1]

Except as amended herein, the orders entered September 8, 2011 (Docket Entry Nos. 13-14), as well as the order entered September 9, 2011 (Docket Entry No. 15), remain in full force and effect.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] Although the parties proposed an extension to July 1, 2012, the Court has further extended that date to July 2, 2012, since July 1, 2012, is a Sunday.