IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAN & EUNELLE GILBERT )
)
v. ) NO. 3-11-0559
) JUDGE CAMPBELL
BAC HOME LOANS SERVICING, )
LP, et al. )

ORDER

The parties have filed an Agreed Order of Dismissal (Docket No. 19), indicating that all matters herein have been resolved. Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot.

The pretrial conference set for December 3, 2012, and the jury trial set for December 11, 2012, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE